11090060
$593.35
6/16/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:

UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 593.35
CHECK # 15082 FOR $593.35
Representing unclaimed funds.

DATED: 6-15-2010

*[signature]*

ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE

FILED
JUN 1 6 2010
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 882365 | ZAYAC | 0912049 | 11.80 | AFNI/VERIZON EAST | P.O. BOX 3037 | | BLOOMINGTON | IL | 617023037 |
| 882366 | CLARE | 0813177 | 89.28 | AFNI/VERIZON EAST | P.O. BOX 3037 | | BLOOMINGTON | IL | 617023037 |
| 882462 | QUINN | 0416737 | 41.99 | AMERICAN GENERAL FINANCE SV5875 S. TRANSIT RD. | | | LOCKPORT | NY | 140946 |
| 883684 | SCHUMACKER | 0912661 | 5.01 | C/O CHAPTER 7 TRUSTEE | -MARK WALLACH | | UNKNOWN | NY | 14202 |
| 883687 | RUDGERS | 0812457 | 5.01 | C/O CHAPTER 7 TRUSTEE | - JOHN RING, III | | UNKNOWN | NY | 14202 |
| 883689 | FLETCHER | 0701113 | 8.06 | C/O CHAPTER 7 TRUSTEE | - MARK WALLACH | | UNKNOWN | NY | 14202 |
| 883692 | WOODCOCK | 0913851 | 5.00 | C/O CHAPTER 7 TRUSTEE | - MORRIS HORWITZ | | UNKNOWN | NY | 14202 |
| 883693 | MCCAIN | 0814260 | 8.78 | C/O CHAPTER 7 TRUSTEE | - HAROLD BULAN | | UNKNOWN | NY | 14202 |
| 883694 | EVELEIGH | 0602723 | 132.89 | C/O CHAPTER 7 TRUSTEE | - HAROLD BULAN | | UNKNOWN | NY | 14202 |
| 885753 | BLAIN | 0510350 | 22.80 | GUARDIAN PROTECTION SERVICE% YUKEVICH, MARCHETTI ET AL | 11 STANWIX ST., SUITE 1024 | | PITTSBURGH | PA | 15222 |
| 886683 | RIVAS | 0515578 | 115.20 | MBNA | POB 26012 NC4-105-03-14 | | GREENSBORO | NC | 27499 |
| 887020 | LONNEN | 0590896 | 15.01 | NORTHEAST VERIZON WIRELESS AFNI/VERIZON WIRELESS | 404 BROCK DR, | ATTN: BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61701 |
| 889098 | RONDENELLI | 0703393 | 35.30 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 889102 | BOUBLIS | 0418676 | 7.11 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 889103 | VYSKOCIL | 0510950 | 1.43 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 889104 | WATSON | 0511622 | 24.05 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 889106 | BATTS, JR. | 0512859 | 51.50 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |
| 889116 | SODA | 0700257 | 13.13 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON | IL | 61702 |

$593.35

```
  0.00   *
 11.80   +
 89.28   +
 41.99   +
  5.01   +
  5.01   +
  8.06   +
  5.00   +
  8.78   +
132.89   +
 22.80   +
115.20   +
 15.01   +
 35.30   +
  7.11   +
  1.43   +
 24.05   +
 51.50   +
 13.13   +
593.35   *
```

Page 1 of 1



JUN 16 2010
BANKRUPTCY COURT
BUFFALO NY